Law Offices of James T. Cois
James T. Cois, Esq. IN. No. 16008-49
235 Montgomery Street, Suite 838
San Francisco, CA 94104
(415) 561-1445

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

In re:

Alezz Laielen,

          Debtor,

) Case No. 19-30377 DM
)
) Chapter 13
)
) **NOTICE OF MOTION TO EXTEND THE**
) **DEADLINE TO SELL/REFINANCE**
) **REAL PROPERTY TO JUNE 1, 2020 AND**
) **OPPORTUNITY TO REQUEST**
) **HEARING; PROOF OF SERVICE**
)
) Subject property: 196 Southern Heights Blvd.
)                         San Rafael, CA 94901
)
) **Judge: Honorable Dennis Montali**

NOTICE IS HEREBY GIVEN that the debtor(s) have filed herewith a MOTION TO EXTEND THE DEADLINE TO SELL/REFINANCE REAL PROPERTY TO JUNE 1, 2020. You are notified that, pursuant to Bankruptcy Rule 2002, you are given twenty-one (21) days from the date of mailing of this notice to request a hearing on this Application. Such a request shall be filed with the Clerk of the U.S. Bankruptcy Court at the following address:

    Clerk of the
    U. S. Bankruptcy Court
    450 Golden Gate Avenue
    San Francisco, CA 94102

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the requesting party within 21 days of mailing of the notice;

A request for a hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

If there is not a timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default; and

The initiating party will give either (1) at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made, or (2) at least 10 days written notice of the tentative hearing date.

Dated: February 24, 2020 /s/ James T. Cois
James T. Cois, Esq.

# PROOF OF SERVICE BY FIRST CLASS USPS MAIL AND ECF TRANSMISSION

I am not a party to the within action; my business address is 235 Montgomery Street, Suite 838, San Francisco, CA 94104.

On February 24, 2020, I served the interested parties with the document described as follows:

1.     **NOTICE OF MOTION TO EXTEND THE DEADLINE TO SELL/REFINANCE REAL PROPERTY TO JUNE 1, 2020 AND OPPORTUNITY TO REQUEST HEARING; PROOF OF SERVICE;**
2.     **MOTION TO EXTEND THE DEADLINE TO SELL/REFINANCE REAL PROPERTY TO JUNE 1, 2020; and**
3.     **DECLARATION IN SUPPORT OF MOTION TO EXTEND THE DEADLINE TO SELL/REFINANCE REAL PROPERTY TO JUNE 1, 2020.**

**BY FIRST CLASS USPS MAIL:** By placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bank of America
P.O. Box 26249
Tampa, FL 33623-6249

Bank of America, N.A.
Bankruptcy Department
NC4-105-02-99
P.O. Box 26012
Greensboro, NC 27420

Bank of America, N.A.
Mortgage Bankruptcy
Fl1-908-01-50
1909 Savarese Circle
Tampa, FL 33634

BSI Financial Services, Inc.
1355 Willow Way, #15
Concord, CA 94520

Citicard
388 Greenwich Street
New York, NY 10013

Employment Development Section
Chief Tax Collection Section
P.O. Box 82603
Sacramento, CA 94230-0001

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
P.O. Box 2126
Greenville, SC 29602-2126

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marinosci Law Group, P.C.
100 West Cypress Creek Rd. #1045
Attn: Bankruptcy Dept.
Fort Lauderdale, FL 33309-2191

| | |
|---|---|
| Midland Funding, LLC<br>2365 Northside Drive, #300<br>San Diego, CA 92108 | U.S. Bank Trust National Association<br>c/o BSI Financial Services<br>1425 Greenway Drive, Suite 400<br>Irving, TX 75038 |
| Portfolio Recovery Associates<br>120 Corporate Blvd.<br>Norfolk, VA 23502-4962 | Zwicker and Associates, PG<br>80 Minuteman Rd.<br>Andover, MA 01810 |
| Synchrony Bank<br>140 Wekiva Springs Rd.<br>Longwood, FL 32779 | |

The envelope was deposited in the United States Post Office. I deposited such envelope at Glen Ellen, California.

**BY NOTICE OF ELECTRONIC FILING:** I caused to be served the above-described document(s) by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the following parties and/or counsel who are registered ECF users: **All CM/ECF registered participants.**

Executed on February 24, 2020, at Glen Ellen, California.

I declare under penalty of perjury that the above statements are true and accurate.

/s/ Steve Kolkey
Steve Kolkey