WEINSTEIN & RILEY, P.S.
Bethany Wojtanowicz, SBN 292514
2001 Western Ave, Suite 400
Seattle, WA 98121
Phone: (206) 493-1511
Fax: (206) 269-3493
E-mail- BethanyW@w-legal.com
Attorney for Bank of America, N.A.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re:

Alezz Laielen,

    Debtor.

Case No. 19-30377
Chapter 13

RESPONSE TO DEBTOR'S MOTION TO EXTEND THE DEADLINE TO SELL/REFINANCE REAL PROPERTY TO JUNE 1, 2020

Judge: Hon. Dennis Montali

    NOW COMES Bank of America, N.A. (the "Creditor"), submits this response to the Debtor's Motion to Extend the Deadline to Sell/Refiance Real Property to June 1, 2020 (the "Motion").

    1.    Debtor filed a petition for relief under Chapter 13 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on April 6, 2019. *See* Docket No. 1.

    2.    On June 10, 2004, Debtor borrowed the sum of $220,000.00 from the Creditor pursuant to an Equity Maximizer Agreement and Disclosure Statement (the "Note"), a copy of which is attached to Creditor's Proof of Claim filed June 17, 2019. *See* Claim 4.

3.     On June 10, 2004, Debtor executed a Short Form Deed of Trust (the "Deed of Trust") granting the Creditor, a security interest in real property located at 196 SOUTHERN HEIGHTS BLV, SAN RAFAEL, CA 94901 (the "Property"). The Deed of Trust was recorded on June 24, 2004, in Marin County. A copy of the Deed of Trust is attached to Creditor's Proof of Claim filed June 17, 2019. *See* Claim 4.

4.     Creditor filed a Proof of Claim on June 17, 2019 in the secured amount of $237,625.23 with respect to Property, which includes a pre-petition arrearage of $5,319.97. The Mortgage Proof of Claim Attachment (Official Form 410A) sets for the account information as of the date of filing, including the ongoing monthly payment amount of $3,398.13. *See* Claim 4.

5.     Debtor's Chapter 13 Plan was filed on April 19, 2019 (Docket No. 27), and was subsequently amended July 26, 2019 (Docket No. 40), and August 21, 2019 (Docket No. 45). Debtor is currently operating under the terms of the Second Amended Chapter 13 Plan which was confirmed on November 22, 2019. *See* Docket No. 48.

6.     Under the terms of the confirmed Plan, Debtor was to complete the sale or refinance of the Property on or before January 31, 2020 and pay Bank of America's entire claim amount on or before that date as part of the refinance/sale. *Id.* The confirmed Plan further provides that, in the event the sale or refinance does not occur on or before January 31, 2020, Creditor will be granted in rem relief from stay. *Id.*

7.      In the Motion, Debtor states that she did not sell or refinance the Property by the January 31, 2020 deadline and requests an extension to June 1, 2020 to do so. *See* Docket No. 50.

8.     Creditor objects to the Motion to the extent that any order granting the Motion should include the following provisions:

1) Bank of America N.A. shall be paid in full in an amount as required by an updated payoff to be ordered prior to the escrow closing;

2) Funds are to be received by Bank of America N.A. per the updated payoff within twenty-four (24) hours of closing;

3) If a short payoff is received, Bank of America, N.A. shall have the right to reject the payoff;

4) If a Short Sale is needed, the Debtor shall: 1) be required to go through the Short Sale Process and be approved by Bank of America, N.A. before any Short Sale funds are received; 2) submit a copy of the Debtor's Closing HUD to Bank of America, N.A for approval; and 3) any Short Sale must be made through Equator;

5) Debtor shall make adequate protection payments to Bank of America, N.A. until the sale or refinance occurs;

**WHEREFORE**, Bank of America, N.A., respectfully requests that any order granting the Debtor's Motion to Extend the Deadline to Sell/Refinance Real Property to June 1, 2020 include the above mentioned provisions or, alternatively, that the Motion be denied.

DATED: March 16, 2020

WEINSTEIN & RILEY, P.S.

/s/ *Bethany Wojtanowicz* _____
Bethany Wojtanowicz, SBN 292514
2001 Western Ave, Suite 400
Seattle, WA 98121
Phone: (206) 493-1511
Fax: (206) 269-3493
E-mail- BethanyW@w-legal.com
Attorney for Bank of America, N.A.